24 WEST 40TH STREET, 17TH FLOOR
NEW YORK, NY 10018
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

February 11, 2009

*Via ECF*
Honorable Magistrate Judge Cheryl L. Pollak
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10201

    Re:    **William Rodriquez v. Gateway Towing**
              **08 cv 04282 (SJ)**
              **Our File No.: 08-1853**

Honorable Madam:

    We are attorneys for the Defendants in the above captioned matter. We are writing with the consent of Mr. Schwitzer, the attorney who filed the Plaintiff's Complaint, to respectfully request that the conference scheduled for noon tomorrow be adjourned for two weeks.

    Plaintiff's counsel received a facsimile this afternoon from his client where his client purports to discharge him. My client is in touch with Mr. Rodriquez and we are trying to determine whether the matter can be settled, with or without the involvement of counsel. We are keeping counsel advised, however. At the same time, Mr. Schwitzer is attempting to discuss the matter with his client but his client is not returning his calls. In the present circumstances, there would not be much to discuss at tomorrow's conference and we would require the Plaintiff's attendance in any event. As he is not returning Mr. Schwitzer's call, it is unlikely that the Plaintiff will be there.

    We respectfully request that the Court grant us two weeks to resolve these issues and, hopefully, resolve the matter in total. We respectfully request that the Court either issue an Order and publish it by ECF or phone our offices at 203-254-8474 to advise of the disposition of this request since one of our attorneys would have to leave the office before 9:00 am in order to attend the conference.

We appreciate your Honor's indulgence in this regard.

Respectfully yours,

Thomas L. Tisdale

mt

cc:     Tim Schwitzer

**Request Granted.** February 26, 2009
Conference Adjourned to at 3:30 p.m.

SO ORDERED. U.S. Magistrate Judge